IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD GRISWOLD, | ) | 8:14CV100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SOCIAL SECURITY DISABILITY OFFICE, and JAMES KULA, Service Representive, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On April 15, 2014, the court entered a Memorandum and Order provisionally filing this matter, but requiring Plaintiff to either file a motion for leave to proceed in forma pauperis or pay the $400.00 filing and administrative fees no later than May 12, 2014. (Filing No. 4.) The court warned Plaintiff that failure to comply with its Memorandum and Order would result in dismissal of this matter without further notice. (*Id.*) Plaintiff has not paid the filing and administrative fees or submitted a motion for leave to proceed in forma pauperis.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the court's fees, and for failure to comply with a court order. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 21st day of May, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.